COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Alexander Adam Jackson v. The State of Texas

Appellate case number:     01-16-00242-CR

Trial court case number:    1489376

Trial court:                209th District Court of Harris County

      This case was abated and remanded to the trial court to issue findings of fact and conclusions of law on the voluntariness of appellant's statement. On April 19, 2017, the trial court clerk filed a supplemental clerk's record with its findings of fact and conclusions of law. Accordingly, we REINSTATE this case on the Court's active docket.

      Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

      Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing date of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

      It is so ORDERED.

Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                    ☒ Acting individually    ☐ Acting for the Court

Date: <u>April 25, 2017</u>